IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE VERLIN GHOST, a.k.a. SHANE HENRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. C 15-5746 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

　　　Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. His request for leave to proceed in forma pauperis is granted in a separate order. The complaint in this action reiterates claims made by Plaintiff in his earlier case, *Ghost v. . Stillmen, et al.*, No. 15-4908 JSW (PR). A complaint that merely repeats pending or previously litigated claims may be considered frivolous and dismissed under the authority of 28 U.S.C. § 1915(e). *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). Such a complaint is also subject to dismissal as duplicative. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988). Plaintiff's earlier case is currently pending. He may pursue his claims in that case.

　　　Accordingly, this action is DISMISSED. The Clerk shall close the file and enter judgment in Defendants' favor.

　　　IT IS SO ORDERED.

DATED: January 28, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge